UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHANDA MICHELLE COOPER,

        Plaintiff,

                                            Case No.: 20-cv-12670

v.                                      Honorable Gershwin A. Drain

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## OPINION AND ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#17] AND DISMISSING ACTION

This matter is before the court on Magistrate Judge Patricia T. Morris's Report and Recommendation dated December 14, 2021, recommending that the Court grant the Commissioner's Motion for Summary Judgment, deny Plaintiff's Motion for Summary Judgment and affirm the Commissioner's decision.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and

ADOPTS Magistrate Judge Morris's December 14, 2021 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law. Defendant's Motion for Summary Judgment [#15] is GRANTED. Plaintiff's Motion for Summary Judgment [#13] is DENIED. This cause of action is DISMISSED.

    SO ORDERED.

Dated: January 26, 2022             /s/Gershwin A. Drain
                                                         GERSHWIN A. DRAIN
                                                         United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 26, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager